UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA WASHINGTON, ) ) ) *Plaintiff*, ) ) v. ) ) CREDIT ONE BANK, ) ) *Defendant*. ) ) _____) | Civil Action No. 16-309 Erie ORDER |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, there being no objections thereto, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** for failure to prosecute.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 15th day of August, 2017.

*Barbara J. Rothstein*

---
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE